IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JEFFREY L. ARNETT, Administrator
of the Estate of Lorna D. Hayes,**

    **Plaintiff,**

**v.** // CIVIL ACTION NO. 1:08CV52
                                        (Judge Keeley)

**TOYOTA MOTOR SALES, U.S.A., INC.
and TOYOTA MOTOR CORPORATION,**

    **Defendants**

### ORDER

Upon review of the motion for admission _pro hac vice_ of Bard D. Borkon to appear in this matter _pro hac vice_, and finding it proper to do so, the Court **GRANTS** the application (dkt. no. 9).

It is so **ORDERED**.

The Clerk is directed to transmit a copy of this Order to counsel of record.

DATED: March 5, 2008

                                                    /s/ Irene M. Keeley
                                                  IRENE M. KEELEY
                                                  UNITED STATES DISTRICT JUDGE